**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER DIAZ VAZQUEZ, ) | Case No. 1:11 CV 2387 |
| ) | |
| Plaintiff, ) | Judge Dan Aaron Polster |
| ) | |
| vs. ) | |
| ) | **STIPULATED DISMISSAL** |
| DORSEY THORNTON & ASSOCIATES, ) | **WITH PREJUDICE** |
| ) | |
| Defendant. ) | |

The Court held a telephone conference with counsel on November 9, 2011 at which time the Court actively engaged the parties in settlement negotiations. (See Minutes of Proceeding, non-document entry of 11/9/11.) At the followup teleconference held on November 22, 2011, counsel advised the Court that the above-captioned case has settled. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

  /s/ Dan A. Polster     November 30, 2011
 **Dan Aaron Polster
 United States District Judge**