AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| ALEXANDER DIAZ VAZQUEZ | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:11-cv-2387 |
| DORSEY THORNTON & ASSOCIATES | ) ) ) | Judge Polster |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dorsey Thornton & Associates
P.O. Box 47995
Atlanta, GA 30362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Daniel Scharville
Kahn & Associates, LLC
6200 Rockside Woods Blvd., Ste. 215
Independence, OH 44131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

*CLERK OF COURT*

Date: 11/07/2011

s/Barbara L. Birr

*Signature of Clerk or Deputy Clerk*



Clerk, United States District Court
Northern District of Ohio
Carl B. Stokes U.S. Courthouse
801 West Superior Ave.
Cleveland, Ohio 44113

Case: 1:11-cv-02387-DAP Doc #: 4 Filed: 12/14/11 2 of 4. PageID #: 18

**CERTIFIED MAIL**

7007 0710 0005 3480 0628

$5.79
US POSTAGE
FIRST-CLASS
062S0007658185
44131

Dorsey Thornton & Associates
P.O. Box 47995
Atlanta, GA 30362

NIXIE    300  DE 1    00  12/09/11
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 44113182999    *1991-03289-09-2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dorsey Thornton & Associates<br>P.O. Box 47995<br>Atlanta, GA<br>        30362 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 0 0005 3480 0628 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-cv-2387

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dorsey Thornton & Associates
was received by me on *(date)* 11/09/2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   it was returned unclaimed _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2011

s/Barbara L. Birr
*Server's signature*

Deputy Clerk
*Printed name and title*

801 West Superior Avenue
Cleveland, Ohio 44113
*Server's address*

Additional information regarding attempted service, etc: